# The Gerald Mann Administration did not issue an opinion number 460.